**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____     Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Captain Dave, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  Captain Dave's Army Navy & Outdoor Adventure Gear**<br>**DBA  Voodootactical.net**<br>**DBA  Captaindaves.com** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **25-1819890** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **121 S. LaSalle Street**<br>**Durham, NC 27705**<br>Number, Street, City, State & ZIP Code | **PO Box 72298**<br>**Durham, NC 27722**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Durham**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

| Debtor | Captain Dave, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|---|
| | District | _____ | When | Case number, if known | _____ |

| Debtor | Captain Dave, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
          Contact name _____
          Phone _____

---

**█ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Captain Dave, Inc.**
Name

Case number (*if known*) _____

| | |
|---|---|
| ■ | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 20, 2020**
MM / DD / YYYY

X **/s/ David B. Reeder**                                **David B. Reeder**
Signature of authorized representative of debtor          Printed name

Title   **President**

---

**18. Signature of attorney**

X **/s/ Travis Sasser**                          Date **January 20, 2020**
Signature of attorney for debtor                      MM / DD / YYYY

**Travis Sasser 26707**
Printed name

**Sasser Law Firm**
Firm name

**2000 Regency Parkway**
**Suite 230**
**Cary, NC 27518**
Number, Street, City, State & ZIP Code

Contact phone   **919.319.7400**      Email address   **travis@sasserbankruptcy.com**

**26707 NC**
Bar number and State

**Fill in this information to identify the case:**

Debtor name __**Captain Dave, Inc.**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**January 21, 2020**__    X **/s/ David B. Reeder**
                                        Signature of individual signing on behalf of debtor

                                        **David B. Reeder**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Captain Dave, Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...................................................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................. $     **270,803.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................... $     **270,803.00**

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **310,556.35**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     **106,367.43**

4. Total liabilities ........................................................................................................................
    Lines 2 + 3a + 3b      $     **416,923.78**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Captain Dave, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**        **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$10.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **BB&T** | **checking - payroll account** | **2226** | **$2,975.95** |
| 3.2. | **Truist Bank (formerly SunTrust)** | **Checking - primary** | **0060** | **$1,473.44** |
| 3.3. | **Truist Bank (formerly SunTrust)** | **Checking** | **0045** | **$28,588.33** |
| 3.4. | **Truist Bank (formerly SunTrust)** | **Checking** | **0052** | **$6,955.51** |
| 3.5. | **Truist Bank (formerly SunTrust)** | **Checking** | **3464** | **$3,022.47** |
| 3.6. | **BB&T** | **Checking** | **2675** | **$2,188.58** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Captain Dave, Inc.**                                                Case number *(If known)* _____
           Name

| | | | |
|---|---|---|---|
| 3.7. | **PayPal** | **1520** | **$3,231.60** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**                                                                                    **$48,445.88**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | **Deposits and Prepayments** |

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | **Accounts receivable** |

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ■ Yes Fill in the information below.

11.     **Accounts receivable**

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | 3,779.09 | - | 0.00 | = .... | **$3,779.09** |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | 1,142.70 | - | 0.00 | = .... | **$1,142.70** |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | 11,956.82 | - | 0.00 | = .... | **$11,956.82** |
| | face amount | | doubtful or uncollectible accounts | | |

12.     **Total of Part 3.**                                                                                   **$16,878.61**
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No.  Go to Part 6.
   ■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.     **Raw materials**

20.     **Work in progress**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Captain Dave, Inc.**                                    Case number *(If known)* _____
          <sub>Name</sub>

| 21. | **Finished goods, including goods held for resale** **Inventory** **Located with Amazon** | | $0.00 | | $22,205.46 |
|-----|---|---|---|---|---|
| | **Inventory** **Located at Durham facility** | | $0.00 | | $171,273.05 |

22.    **Other inventory or supplies**

23.    **Total of Part 5.**
       Add lines 19 through 22.  Copy the total to line 84.                                  | $193,478.51 |

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

       ■ No.  Go to Part 7.
       ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

       ☐ No.  Go to Part 8.
       ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** | | | |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** Computers (19), phone equipment, servers, etc. | $0.00 | | $5,000.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
       Add lines 39 through 42.  Copy the total to line 86.                                 | $5,000.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Captain Dave, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.   **Aircraft and accessories** | | | |
| 50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Fork lift, power pallet jack, manual pallet jacks, dollies, photography lights, photography mannequins, etc.** | $0.00 | | $7,000.00 |

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| | $7,000.00 |
|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Captain Dave, Inc.**                                     Case number *(If known)* _____
           Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | |
| 61. | **Internet domain names and websites** | | |
| **www.voodootactical.net** | **$0.00** | | **Unknown** |
| **shop.captaindaves.com** | **$0.00** | | **Unknown** |
| 62. | **Licenses, franchises, and royalties** | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | |
| **Customer list (500,000) and mailing list (40,000)** | **$0.00** | | **Unknown** |
| 64. | **Other intangibles, or intellectual property** | | |
| 65. | **Goodwill** | | |

66.   **Total of Part 10.**                                                      **$0.00**

      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor | **Captain Dave, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $48,445.88 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $16,878.61 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $193,478.51 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $7,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $270,803.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $270,803.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Captain Dave, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Amazon Capital Services** | Describe debtor's property that is subject to a lien | $60,556.35 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Managing Agent/Bankruptcy
410 Terry Avenue N.
Seattle, WA 98109**
Creditor's mailing address

**All assets**

Describe the lien
**Non-Purchase money security**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**January 25, 2018**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| 2.2 | **SunTrust Bank, Inc.** | Describe debtor's property that is subject to a lien | $250,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Managing Officer
211 Perimeter Center Parkway
Atlanta, GA 30346**
Creditor's mailing address

**All assets**

Describe the lien
**Non-Purchase money security**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**August 1, 2012**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?

Debtor    **Captain Dave, Inc.**                                              Case number (if know) _____
                Name

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | **$310,556.35** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Amazon Payments, Inc.**<br>**Attn: Managing agent**<br>**PO Box 80683**<br>**Seattle, WA 98108-0683** | Line  **2.1** | |
| **Truist Bank**<br>**Attn: Managing agent**<br>**Post Office Box 79079**<br>**Baltimore, MD 21279-0079** | Line  **2.2** | |

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 2 of 2

**Fill in this information to identify the case:**

Debtor name **Captain Dave, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

**1.   Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**American Express**<br>**Attn: Managing Agent/Bankruptcy**<br>**Post Office Box 981535**<br>**El Paso, TX 79998-1535**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Credit card**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$0.00** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**American Postal Logistics**<br>**Attn: Managing agent**<br>**140 East Union Avenue**<br>**East Rutherford, NJ 07073**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Supplier**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$807.32** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**Belleville Boot Company**<br>**Attn: Managing agent**<br>**100 Premier Drive**<br>**Belleville, IL 62220**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Supplier**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$44,377.59** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Bunn Properties II, LLC**<br>**Attn: Managing agent**<br>**PO Box 19012**<br>**Raleigh, NC 27619**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Commercial lease**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |

Debtor   **Captain Dave, Inc.**                                         Case number *(if known)* _____

_____
Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**Combat Defense Systems**
**Attn: Managing agent**
**710 N. Reilly Road**
**Fayetteville, NC 28303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $167.09 |
|---|---|---|---|

**Dominion Energy North Carolina**
**220 Operation Way**
**Mail Code C222**
**Cayce, SC 29033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,089.85 |
|---|---|---|---|

**Duke Energy Progress**
**Attn: Managing Agent/Bankruptcy**
**PO Box 1003**
**Charlotte, NC 28201-1003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Utilities**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,479.14 |
|---|---|---|---|

**FedEx Bankruptcy Dept**
**3965 Airways Blvd**
**Module G 3rd Floor**
**Memphis, TN 38116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $439.08 |
|---|---|---|---|

**Fox River Mills**
**Attn: Managing agent**
**PO Box 298**
**Osage, IA 50461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,020.00 |
|---|---|---|---|

**Frontier Communications**
**1398 S Woodland Blvd**
**Suite C**
**Deland, FL 32720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Account**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gud Technologies**
**Attn: Managing agent**
**600 B Street, Suite 2120**
**San Diego, CA 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **March 18, 2015**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Captain Dave, Inc.**                                          Case number (if known) _____
_____
Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $529.20 |
|---|---|---|---|

**HWI Gear, Inc.**
**Attn: Managing agent**
**1156 S. Bannock Street**
**Denver, CO 80223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,677.26 |
|---|---|---|---|

**Lime Energy Service Co.**
**Attn: Managing agent**
**16810 Kenton Drive, Suite 240**
**Huntersville, NC 28078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99.00 |
|---|---|---|---|

**Melco International**
**Attn: Managing agent**
**1575 W. 124th Avenue, Suite 110**
**Denver, CO 80234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $744.40 |
|---|---|---|---|

**Mudd Law**
**Attn: Managing agent**
**411 S. Sangamon Street, #1b**
**Chicago, IL 60607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139.74 |
|---|---|---|---|

**Quill**
**Attn: Managing agent**
**100 Schelter Road**
**Lincolnshire, IL 60069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Supplier__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $604.67 |
|---|---|---|---|

**Republic Services**
**Attn: Managing Agent/Bankruptcy**
**PO Box 9001099**
**Louisville, KY 40290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,307.26 |
|---|---|---|---|

**Royal Case Company, Inc.**
**Attn: Managing agent**
**PO Box 2027**
**Sherman, TX 75091-2027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Supplier__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor      **Captain Dave, Inc.**                                                    Case number *(if known)*
_____
            Name

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,030.00 |

**Spectrum**
**Attn: Managing Agent/Bankruptcy**
**Post Office Box 77169**
**Charlotte, NC 28271**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Account

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12,820.57 |

**Suntrust Bank**
**Attn: Managing agent**
**211 Perimeter Center Pkwy**
**Atlanta, GA 30346**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Credit Card

**Last 4 digits of account number** 0015

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $305.66 |

**The CIT Group**
**Attn: Managing Agent**
**Post Office Box 617**
**Danville, VA 24543-0617**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Account

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $170.10 |

**Vertx/Fechheimer Brothers**
**Attn: Managing agent**
**4545 Malsbury Road**
**Cincinnati, OH 45242**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Supplier

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $69.50 |

**Warson Group, Inc.**
**Attn: Managing agent**
**9200 Olive Blvd. #222**
**Saint Louis, MO 63132**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Account

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |

**Wolverine Worldwide**
**Attn: Managing agent**
**9341 Courtland Drive NE**
**Rockford, MI 49351**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Supplier

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | **Captain Dave, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Amer Sports Winter & Outdoors**<br>**Attn: Managing agent**<br>**PO Box 3141**<br>**Carol Stream, IL 60132-3141** | Line __3.1__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **APC Postal Logistics**<br>**Attn: Managing agent**<br>**PO Box 412**<br>**East Rutherford, NJ 07073-0412** | Line __3.2__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Atlanco**<br>**Attn: Managing agent**<br>**1125 Hayes Industrial Drive**<br>**Marietta, GA 30062** | Line __3.1__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Authorize.net**<br>**Attn: Managing Agent**<br>**808 E Utah Valley Drive**<br>**American Fork, UT 84003-9707** | Line __3.1__<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **BFPE International**<br>**Attn: Managing agent**<br>**115 Best Wood Drive**<br>**Clayton, NC 27520** | Line __3.1__<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Channel Advisor**<br>**Attn: Managing Agent**<br>**3025 Carrington Mill Blvd Suite 500**<br>**Morrisville, NC 27560** | Line __3.1__<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **City of Durham**<br>**Attn: Managing agent**<br>**PO Box 30041**<br>**Durham, NC 27702** | Line __3.1__<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Dominion Energy**<br>**Attn: Managing agent**<br>**PO Box 100256**<br>**Columbia, SC 29202-3256** | Line __3.6__<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Duke Energy**<br>**Attn: Managing Agent**<br>**PO Box 1090**<br>**Charlotte, NC 28201-1090** | Line __3.7__<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **eBay, Inc.**<br>**Attn: Managing Agent**<br>**2145 Hamilton Avenue**<br>**San Jose, CA 95125** | Line __3.1__<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **FedEx Freight, Inc.**<br>**Attn: Managing agent**<br>**2200 Forward Drive**<br>**Harrison, AR 72602-0840** | Line __3.8__<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Fox River Mills**<br>**Attn: Managing agent**<br>**PO Box 92170**<br>**Elk Grove Village, IL 60009** | Line __3.9__<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | __Captain Dave, Inc.__ | Case number (if known) | |
|--------|------------------------|------------------------|--|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.13 **Frontier Communications**<br>Attn: Managing agent<br>PO Box 740407<br>Cincinnati, OH 45274 | Line __3.10__<br>☐ Not listed. Explain ____ | _ |
| 4.14 **GS1**<br>Attn: Managing agent<br>7887 Washington Village Dr, Ste 300<br>Dayton, OH 45459 | Line __3.1__<br>☐ Not listed. Explain ____ | _ |
| 4.15 **Hootsuite, Inc.**<br>5 E. 8th Ave.<br>Vancouver, BC V5T 1R6 | Line __3.1__<br>☐ Not listed. Explain ____ | _ |
| 4.16 **Inopple, Inc.**<br>Attn: Managing agent<br>7000 Central Pkwy, Suite 220<br>Atlanta, GA 30328 | Line __3.1__<br>☐ Not listed. Explain ____ | _ |
| 4.17 **Internal Revenue Service**<br>Attn: Managing Agent<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Line __3.1__<br>☐ Not listed. Explain ____ | _ |
| 4.18 **Kroll International, LLC**<br>Attn: Managing agent<br>PO BOx 77529<br>Cleveland, OH 44192 | Line __3.1__<br>☐ Not listed. Explain ____ | _ |
| 4.19 **Kroll International, LLC**<br>Attn: Managing agent<br>51819 Danview Technology Court<br>Utica, MI 48315 | Line __3.1__<br>☐ Not listed. Explain ____ | _ |
| 4.20 **LaCrosse Footwear**<br>Attn: Managing agent<br>PO Box 1450<br>Minneapolis, MN 55480 | Line __3.1__<br>☐ Not listed. Explain ____ | _ |
| 4.21 **Lime Energy Service Co.**<br>Attn: Managing agent<br>4 Gateway Center, 4th Floor<br>Newark, NJ 07102 | Line __3.13__<br>☐ Not listed. Explain ____ | _ |
| 4.22 **Mailchip**<br>675 Ponce de Leone Ave. NE<br>Suite 5000<br>Atlanta, GA 30308 | Line __3.1__<br>☐ Not listed. Explain ____ | _ |
| 4.23 **Mass Genie**<br>Attn: Managing agent<br>18600 MacArthur Blvd. Suite 280<br>Irvine, CA 92612 | Line __3.1__<br>☐ Not listed. Explain ____ | _ |
| 4.24 **Merrell and Chaco Footwear**<br>Attn: Managing agent<br>9341 Courtland Drive<br>Rockford, MI 49351 | Line __3.1__<br>☐ Not listed. Explain ____ | _ |

| Debtor | __Captain Dave, Inc.__ | Case number (if known) | ____ |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.25 | **NC Department of Revenue**<br>**Office Serv. Div., Bankruptcy Unit**<br>**Post Office Box 1168**<br>**Raleigh., NC 27602-1168** | Line **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.26 | **Paypal**<br>**Attn: Managing agent**<br>**2211 North First Street**<br>**San Jose, CA 95131** | Line **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.27 | **Premier Commercial Security**<br>**Attn: Managing agent**<br>**300 Dominion Drive, #650**<br>**Morrisville, NC 27560** | Line **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.28 | **Propper International Sales, Inc.**<br>**Attn: Managing agent**<br>**PO Box 952395**<br>**Saint Louis, MO 63195** | Line **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.29 | **Quill**<br>**Attn: Managing agent**<br>**Post Office Box 37600**<br>**Philadelphia, PA 19101-0600** | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.30 | **Real Estate Associates, Inc.**<br>**Attn: Managing Agent**<br>**Post Office Box 52328**<br>**Durham, NC 27717-2328** | Line **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.31 | **Real Estate Associates, Inc.**<br>**Attn: Managing Agent**<br>**3333 Durham-Chapel Hill Blvd. C**<br>**Durham, NC 27717** | Line **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.32 | **Republic Services of North Carolina**<br>**c/o Ackerman Law Firm, P.A.**<br>**3300 Shopton Road**<br>**Charlotte, NC 28217** | Line **3.17**<br>☐ Not listed. Explain ____ | _ |
| 4.33 | **Rothco**<br>**3015 Veterans Memorial Highway**<br>**Ronkonkoma, NY 11779** | Line **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.34 | **Sangoma**<br>**2414 Industrial Drive, D**<br>**Neenah, WI 54956** | Line **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.35 | **Spectrum Business**<br>**Attn: Managing Agent/Bankruptcy**<br>**4145 S. Falkenburg Road**<br>**Riverview, FL 33578-8652** | Line **3.19**<br>☐ Not listed. Explain ____ | _ |
| 4.36 | **The CIT Group/ Commercial Services**<br>**Attn: Managing Agent**<br>**134 Woodling Ave.**<br>**Danville, VA 24541** | Line **3.21**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Captain Dave, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.37 | **Walmart**<br>**Attn: Managing Agent/ Bankruptcy**<br>**850 Cherry Avenue**<br>**San Bruno, CA 94066** | Line __3.1__<br><br>☐ Not listed. Explain ____ | _ |
| 4.38 | **Warson Group, Inc.**<br>**Attn: Managing agent**<br>**PO BOx 841140**<br>**Kansas City, MO 64184-1140** | Line __3.23__<br><br>☐ Not listed. Explain ____ | _ |
| 4.39 | **World Pay**<br>**Attn: Managing agent**<br>**8650 Governers Hill Drive**<br>**Cincinnati, OH 45249** | Line __3.1__<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 106,367.43 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 106,367.43 |

**Fill in this information to identify the case:**

Debtor name   **Captain Dave, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **Commercial real estate lease.** |
| State the term remaining | **Real Estate Associates, Inc.**<br>**Attn: Managing Agent**<br>**Post Office Box 52328**<br>**Durham, NC 27717-2328** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **Captain Dave, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                                                 Column 2: **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | _____ | Street _____ City    State    Zip Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ | Street _____ City    State    Zip Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | Street _____ City    State    Zip Code | | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | Street _____ City    State    Zip Code | | _____ | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name  **Captain Dave, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                 04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:  Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$46,252.74** |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other  _____ | **$3,098,258.01** |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other  _____ | **$3,831,790.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | **Mining cryptocurrency** | **$6,803.57** |

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor   **Captain Dave, Inc.**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    Ord. payments to secured creditors | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Belleville Boot Company**<br>**Attn: Managing agent**<br>**100 Premier Drive**<br>**Belleville, IL 62220** | **Inventory** | **January 9, 2019** | **$7,650.00** |
| **Combat Defense Systems**<br>**Attn: Managing agent**<br>**710 N. Reilly Road**<br>**Fayetteville, NC 28303** | **Inventory** | **January 14, 2020** | **$1,800.00** |

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**

   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor    **Captain Dave, Inc.** _____    Case number *(if known)* _____

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
| --- | --- |

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

| Part 5: | Certain Losses |
| --- | --- |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

| Part 6: | Certain Payments or Transfers |
| --- | --- |

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **Sasser Law Firm**<br>**2000 Regency Parkway**<br>**Suite 230**<br>**Cary, NC 27518** | **$4,000 (including filing fee)** | | **$4,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

☐ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor    **Captain Dave, Inc.**                                      Case number *(if known)*

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1. | **CoinBase** | **Cryptocurrency** | **July 9, 2019** | **$3,427.32** |
| | Relationship to debtor | | | |
| 13.2. | **Joe Be Low, LLC** | **Dry pack canner and sixty cans.** | **November 16, 2018** | **$660.00** |
| | Relationship to debtor | | | |
| 13.3. | **CoinBase** | **Cryptocurrency** | **September 8, 2019** | **$3,376.25** |
| | Relationship to debtor | | | |

---

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Customer names and addresses.**

Does the debtor have a privacy policy about that information?
■ No
☐ Yes

Debtor   **Captain Dave, Inc.**                                   Case number *(if known)*

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.

    ■ Yes. Fill in below:

    Name of plan                                  **Employer identification number of the plan**
    **SEP IRA**                                     EIN:

    Has the plan been terminated?

    ☐ No

    ■ Yes

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Amazon**<br>**940 West Bethel Road**<br>**Coppell, TX 75019-4424** | **Amazon** | **Inventory** | ☐ No<br>■ Yes |
| **Amazon**<br>**1568 North Linden Avenue**<br>**Rialto, CA 92376-8624** | **Amazon** | **Inventory** | ☐ No<br>■ Yes |
| **Amazon**<br>**24300 Nandian Avenue**<br>**Moreno Valley, CA 92551-9534** | **Amazon** | **Inventory** | ☐ No<br>■ Yes |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

Debtor   **Captain Dave, Inc.**                                          Case number *(if known)*

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Amazon**<br>**2700 Center Drive**<br>**Dupont, WA 98327-9607** | **Amazon** | **Inventory** | ☐ No<br>■ Yes |
| **Amazon**<br>**10240 Old Dowd Road**<br>**Charlotte, NC 28214-8082** | **Amazon** | **Inventory** | ☐ No<br>■ Yes |
| **Amazon**<br>**600 Prinicpio Parkway West**<br>**North East, MD 21901-2914** | **Amazon** | **Inventory** | ☐ No<br>■ Yes |
| **Amazon**<br>**1101 East Pearl Street**<br>**Burlington, NJ 08016-1934** | **Amazon** | **Inventory** | ☐ No<br>■ Yes |
| **Amazon**<br>**50 New Canton Way**<br>**Robbinsville, NJ 08691-2350** | **Amazon** | **Inventory** | ☐ No<br>■ Yes |
| **Amazon**<br>**7001 Skipper Road**<br>**Macon, GA 31216-6427** | **Amazon** | **Inventory** | ☐ No<br>■ Yes |
| **Amazon**<br>**3575 South Orange Avenue**<br>**Fresno, CA 93725-9588** | **Amazon** | **Inventory** | ☐ No<br>■ Yes |
| **Amazon**<br>**24208 San Michele Road**<br>**Moreno Valley, CA 92551-9561** | **Amazon** | **Inventory** | ☐ No<br>■ Yes |
| **Amazon**<br>**2865 Duke Parkway**<br>**Aurora, IL 60502-8200** | **Amazon** | **Inventory** | ☐ No<br>■ Yes |
| **Amazon**<br>**1155 Worldwide Boulevard**<br>**Hebron, KY 41048-8648** | **Amazon** | **Inventory** | ☐ No<br>■ Yes |
| **Amazon**<br>**4775 Depot Court SE**<br>**Salem, OR 97317-8983** | **Amazon** | **Inventory** | ☐ No<br>■ Yes |
| **Amazon**<br>**800 Perry Road**<br>**Plainfield, IN 46168-7637** | **Amazon** | **Inventory** | ☐ No<br>■ Yes |
| **Amazon**<br>**1901 Meadowville Technology Parkway**<br>**Chester, VA 23836-2841** | **Amazon** | **Inventory** | ☐ No<br>■ Yes |
| **Amazon**<br>**3501 120th Avenue**<br>**Kenosha, WI 53144-7502** | **Amazon** | **Inventory** | ☐ No<br>■ Yes |

Debtor    **Captain Dave, Inc.**                                              Case number *(if known)*

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Amazon**<br>**11999 National Road SW**<br>**Pataskala, OH 43062-7793** | **Amazon** | **Inventory** | ☐ No<br>■ Yes |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Debtor     **Captain Dave, Inc.**                                                   Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **William O. Bailes, CPA**<br>**8143 Lowell Valley Drive**<br>**Bahama, NC 27503** | **2004 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any<br>interest | % of interest, if<br>any |
|---|---|---|---|
| **David B. Reeder** | **7043 Calais Drive**<br>**Durham, NC 27712** | **Owner and President** | **100%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor    **Captain Dave, Inc.**                                    Case number *(if known)* _____

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **David B. Reeder**<br>**7043 Calais Drive**<br>**Durham, NC 27712** | **$110,000** | **Bi-weekly W2 income.** | **Compensation** |
| Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| **SEP IRA payments totalling $20,000 were made to four employees in 2015 for the 2014 tax year. The plan was terminated in the summer 2015. Payments were made in 2014 , as well, but the Debtor does not recall the precise amount.** | **EIN:** |

Debtor    **Captain Dave, Inc.**

Case number *(if known)* _____

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 20, 2020**

**/s/ David B. Reeder**                                    **David B. Reeder**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of North Carolina

In re   **Captain Dave, Inc.** _____   Case No. _____

                                        Debtor(s)                Chapter    **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---:|
    | For legal services, I have agreed to accept | $ | **3,665.00** |
    | Prior to the filing of this statement I have received | $ | **3,665.00** |
    | Balance Due | $ | **0.00** |

2.  $ **335.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Adversary proceedings.  Abandonments.  Redemptions.  Credit repair.  Tax advice.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**January 21, 2020** _____          **/s/ Travis Sasser**
*Date*                                                    **Travis Sasser 26707**
                                                          *Signature of Attorney*
                                                          **Sasser Law Firm**
                                                          **2000 Regency Parkway**
                                                          **Suite 230**
                                                          **Cary, NC 27518**
                                                          **919.319.7400  Fax: 919.657.7400**
                                                          **travis@sasserbankruptcy.com**
                                                          *Name of law firm*

---

## United States Bankruptcy Court
### Eastern District of North Carolina

In re   **Captain Dave, Inc.**                                    Case No.

                                                 Debtor(s)               Chapter     **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **January 20, 2020**                 **/s/ David B. Reeder**

                                                 **David B. Reeder**/**President**

                                                 Signer/Title

Date:   **January 20, 2020**                 **/s/ Travis Sasser**

                                                   Signature of Attorney

                                                 **Travis Sasser 26707**

                                                 **Sasser Law Firm**

                                                 **2000 Regency Parkway**

                                                 **Suite 230**

                                                 **Cary, NC 27518**

                                                 **919.319.7400   Fax: 919.657.7400**

Amazon Capital Services
Attn: Managing Agent/Bankruptcy
410 Terry Avenue N.
Seattle, WA 98109

Amazon Payments, Inc.
Attn: Managing agent
PO Box 80683
Seattle, WA 98108-0683

Amer Sports Winter & Outdoors
Attn: Managing agent
PO Box 3141
Carol Stream, IL 60132-3141

American Express
Attn: Managing Agent/Bankruptcy
Post Office Box 981535
El Paso, TX 79998-1535

American Postal Logistics
Attn: Managing agent
140 East Union Avenue
East Rutherford, NJ 07073

APC Postal Logistics
Attn: Managing agent
PO Box 412
East Rutherford, NJ 07073-0412

Atlanco
Attn: Managing agent
1125 Hayes Industrial Drive
Marietta, GA 30062

Authorize.net
Attn: Managing Agent
808 E Utah Valley Drive
American Fork, UT 84003-9707

Belleville Boot Company
Attn: Managing agent
100 Premier Drive
Belleville, IL 62220

BFPE International
Attn: Managing agent
115 Best Wood Drive
Clayton, NC 27520

Bunn Properties II, LLC
Attn: Managing agent
PO Box 19012
Raleigh, NC 27619

Channel Advisor
Attn: Managing Agent
3025 Carrington Mill Blvd Suite 500
Morrisville, NC 27560

City of Durham
Attn: Managing agent
PO Box 30041
Durham, NC 27702

Combat Defense Systems
Attn: Managing agent
710 N. Reilly Road
Fayetteville, NC 28303

Dominion Energy
Attn: Managing agent
PO Box 100256
Columbia, SC 29202-3256

Dominion Energy North Carolina
220 Operation Way
Mail Code C222
Cayce, SC 29033

Duke Energy
Attn: Managing Agent
PO Box 1090
Charlotte, NC 28201-1090

Duke Energy Progress
Attn: Managing Agent/Bankruptcy
PO Box 1003
Charlotte, NC 28201-1003

eBay, Inc.
Attn: Managing Agent
2145 Hamilton Avenue
San Jose, CA 95125

FedEx Bankruptcy Dept
3965 Airways Blvd
Module G 3rd Floor
Memphis, TN 38116

FedEx Freight, Inc.
Attn: Managing agent
2200 Forward Drive
Harrison, AR 72602-0840

Fox River Mills
Attn: Managing agent
PO Box 298
Osage, IA 50461

Fox River Mills
Attn: Managing agent
PO Box 92170
Elk Grove Village, IL 60009

Frontier Communications
1398 S Woodland Blvd
Suite C
Deland, FL 32720

Frontier Communications
Attn: Managing agent
PO Box 740407
Cincinnati, OH 45274

GS1
Attn: Managing agent
7887 Washington Village Dr, Ste 30
Dayton, OH 45459

Gud Technologies
Attn: Managing agent
600 B Street, Suite 2120
San Diego, CA 92101

Hootsuite, Inc.
5 E. 8th Ave.
Vancouver, BC V5T 1R6

Mailchip
675 Ponce de Leone Ave. NE
Suite 5000
Atlanta, GA 30308

Quill
Attn: Managing agent
100 Schelter Road
Lincolnshire, IL 60069

HWI Gear, Inc.
Attn: Managing agent
1156 S. Bannock Street
Denver, CO 80223

Mass Genie
Attn: Managing agent
18600 MacArthur Blvd. Suite 280
Irvine, CA 92612

Quill
Attn: Managing agent
Post Office Box 37600
Philadelphia, PA 19101-0600

Inopple, Inc.
Attn: Managing agent
7000 Central Pkwy, Suite 220
Atlanta, GA 30328

Melco International
Attn: Managing agent
1575 W. 124th Avenue, Suite 110
Denver, CO 80234

Real Estate Associates, Inc.
Attn: Managing Agent
Post Office Box 52328
Durham, NC 27717-2328

Internal Revenue Service
Attn: Managing Agent
P. O. Box 7346
Philadelphia, PA 19101-7346

Merrell and Chaco Footwear
Attn: Managing agent
9341 Courtland Drive
Rockford, MI 49351

Real Estate Associates, Inc.
Attn: Managing Agent
3333 Durham-Chapel Hill Blvd. C
Durham, NC 27717

Kroll International, LLC
Attn: Managing agent
PO BOx 77529
Cleveland, OH 44192

Mudd Law
Attn: Managing agent
411 S. Sangamon Street, #1b
Chicago, IL 60607

Republic Services
Attn: Managing Agent/Bankruptcy
PO Box 9001099
Louisville, KY 40290

Kroll International, LLC
Attn: Managing agent
51819 Danview Technology Court
Utica, MI 48315

NC Department of Revenue
Office Serv. Div., Bankruptcy Unit
Post Office Box 1168
Raleigh., NC 27602-1168

Republic Services of North Carolin
c/o Ackerman Law Firm, P.A.
3300 Shopton Road
Charlotte, NC 28217

LaCrosse Footwear
Attn: Managing agent
PO Box 1450
Minneapolis, MN 55480

Paypal
Attn: Managing agent
2211 North First Street
San Jose, CA 95131

Rothco
3015 Veterans Memorial Highway
Ronkonkoma, NY 11779

Lime Energy Service Co.
Attn: Managing agent
16810 Kenton Drive, Suite 240
Huntersville, NC 28078

Premier Commercial Security
Attn: Managing agent
300 Dominion Drive, #650
Morrisville, NC 27560

Royal Case Company, Inc.
Attn: Managing agent
PO Box 2027
Sherman, TX 75091-2027

Lime Energy Service Co.
Attn: Managing agent
4 Gateway Center, 4th Floor
Newark, NJ 07102

Propper International Sales, Inc.
Attn: Managing agent
PO Box 952395
Saint Louis, MO 63195

Sangoma
2414 Industrial Drive, D
Neenah, WI 54956

Spectrum
Attn: Managing Agent/Bankruptcy
Post Office Box 77169
Charlotte, NC 28271

Warson Group, Inc.
Attn: Managing agent
9200 Olive Blvd. #222
Saint Louis, MO 63132

Spectrum Business
Attn: Managing Agent/Bankruptcy
4145 S. Falkenburg Road
Riverview, FL 33578-8652

Warson Group, Inc.
Attn: Managing agent
PO BOx 841140
Kansas City, MO 64184-1140

Suntrust Bank
Attn: Managing agent
211 Perimeter Center Pkwy
Atlanta, GA 30346

Wolverine Worldwide
Attn: Managing agent
9341 Courtland Drive NE
Rockford, MI 49351

SunTrust Bank, Inc.
Attn: Managing Officer
211 Perimeter Center Parkway
Atlanta, GA 30346

World Pay
Attn: Managing agent
8650 Governers Hill Drive
Cincinnati, OH 45249

The CIT Group
Attn: Managing Agent
Post Office Box 617
Danville, VA 24543-0617

The CIT Group/ Commercial Services
Attn: Managing Agent
134 Woodling Ave.
Danville, VA 24541

Truist Bank
Attn: Managing agent
Post Office Box 79079
Baltimore, MD 21279-0079

Vertx/Fechheimer Brothers
Attn: Managing agent
4545 Malsbury Road
Cincinnati, OH 45242

Walmart
Attn: Managing Agent/ Bankruptcy
850 Cherry Avenue
San Bruno, CA 94066

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re   **Captain Dave, Inc.**                                                 Case No.

                                            Debtor(s)                          Chapter      **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **David B. Reeder**, declare under penalty of perjury that I am the **President** of **Captain Dave, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **20th** day of **January**, 2020.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **David B. Reeder**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **David B. Reeder**, **President** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **David B. Reeder**, **President** of this Corporation is authorized and directed to employ **Travis Sasser**, attorney and the law firm of **Sasser Law Firm** to represent the corporation in such bankruptcy case."

Date   **January 20, 2020**                       Signed   /s/ David B. Reeder
                                                           **David B. Reeder**

Resolution of Board of Directors
of
**Captain Dave, Inc.**


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **David B. Reeder**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **David B. Reeder**, **President** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **David B. Reeder**, **President** of this Corporation is authorized and directed to employ **Travis Sasser**, attorney and the law firm of **Sasser Law Firm** to represent the corporation in such bankruptcy case.

Date  **January 20, 2020**                              Signed   **/s/ David B. Reeder**