**VAN–006** Order Appointing Interim Trustee and Approving Standing Bond – Rev. 10/01/2013

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:  
Captain Dave, Inc.  
PO Box 72298  
Durham, NC 27722  

TaxID: 25–1819890  

CASE NO.: 20–00258–5–SWH  

DATE FILED: January 21, 2020  

CHAPTER: 7  

### ORDER APPOINTING INTERIM TRUSTEE AND APPROVING STANDING BOND

IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:

The following interim trustee is hereby appointed, and the trustee's standing bond is fixed under the blanket bond heretofore approved.

Richard Dewitte Sparkman  
Richard D. Sparkman, P.A.  
PO Box 1687  
Angier, NC 27501–1687  

DATED: January 23, 2020

Stephani W. Humrickhouse  
United States Bankruptcy Judge