**VAN–021** Order to Appear for Examination – Rev. 01/05/2016

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:  
Captain Dave, Inc.  
PO Box 72298  
Durham, NC 27722  

TaxID: 25–1819890  

CASE NO.: 20–00258–5–SWH  

DATE FILED: January 21, 2020  

CHAPTER: 7  

## AMENDED
## ORDER TO APPEAR FOR EXAMINATION

THE COURT HEREBY DESIGNATES AND ORDERS, pursuant to Rule 9001(5), Federal Rules of Bankruptcy Procedure, **David B. Reeder** , to appear and submit to examination, on behalf of the debtor, at the 11 U.S.C. § 341(a) meeting of creditors scheduled for:

DATE:    Thursday, February 20, 2020  
TIME:    09:30 AM  
PLACE:   U.S. Bankruptcy Court  
         300 Fayetteville Street, Suite 130, Raleigh, NC 27601  

The designee is further ordered to file schedules and statements and to do any other act required by the Code, the Federal Rules of Bankruptcy Procedure and the local rules of this court which is required by the debtor.

DATED: January 27, 2020

Stephani W. Humrickhouse  
United States Bankruptcy Judge