United States Bankruptcy Court
Eastern District of North Carolina

In re:                                                                              Case No. 20-00258-SWH
Captain Dave, Inc.                                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0417-5          User: admin              Page 1 of 1              Date Rcvd: Jan 27, 2020
                              Form ID: van021          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2020.
ofc            +David B. Reeder,    7043 Calais Drive,   Durham, NC 27712-9645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db             +E-mail/PDF: captaindaves@gmail.com Jan 28 2020 04:26:38      Captain Dave, Inc.,   PO Box 72298,
                Durham, NC 27722-2298
smg            +E-mail/Text: NCEBAdb_bnc@nceba.uscourts.gov Jan 28 2020 04:27:35      Bankruptcy Administrator,
                Two Hannover Square, Ste. 640,   434 Fayetteville Street,   Raleigh, NC 27601-1701
                                                                                             TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2020 at the address(es) listed below:
              Richard Dewitte Sparkman    rds@sparkmanlaw.com,
               mary@sparkmanlaw.com;rsparkman@ecf.axosfs.com;erica@sparkmanlaw.com
              Travis Sasser    on behalf of Debtor   Captain Dave, Inc. travis@sasserbankruptcy.com,
               sasserlaw230@gmail.com;SasserTR70250@notify.bestcase.com;SasserLawFirm@jubileebk.net
                                                                                             TOTAL: 2

VAN–021 Order to Appear for Examination – Rev. 01/05/2016

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:
Captain Dave, Inc.
PO Box 72298
Durham, NC 27722

CASE NO.: 20–00258–5–SWH

DATE FILED: January 21, 2020

TaxID: 25–1819890

CHAPTER: 7

AMENDED
ORDER TO APPEAR FOR EXAMINATION

THE COURT HEREBY DESIGNATES AND ORDERS, pursuant to Rule 9001(5), Federal Rules of Bankruptcy Procedure, **David B. Reeder** , to appear and submit to examination, on behalf of the debtor, at the 11 U.S.C. § 341(a) meeting of creditors scheduled for:

DATE:     Thursday, February 20, 2020
TIME:     09:30 AM
PLACE:    U.S. Bankruptcy Court
          300 Fayetteville Street, Suite 130, Raleigh, NC 27601

The designee is further ordered to file schedules and statements and to do any other act required by the Code, the Federal Rules of Bankruptcy Procedure and the local rules of this court which is required by the debtor.

DATED: January 27, 2020

Stephani W. Humrickhouse
United States Bankruptcy Judge